# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

In re:

Lauren J. Tratar

Debtor.

Case No.: 18-13061
Chapter 13
Judge Janet S. Baer

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER RESOLVING OBJECTION OF U.S. BANK TRUST, N.A. TO CONFIRMATION OF PLAN (DOCKET # 62)

THIS CAUSE coming on to be heard for hearing on confirmation, the Court having determined the issues raised by the Objection to Confirmation of U.S. Bank Trust, N.A., and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED:**

1. The claim of U.S. Bank Trust, N.A., serviced by Caliber Home Loans (the creditor referred to herein as "Caliber Home Loans" or "Caliber"), secured by real estate at 6581 Timbertrails Rd., Lisle, IL, is secured to the extent of the $315,000 value of the real estate, and the balance is unsecured.

2. The Debtor shall make payments to Caliber sufficient to amortize the secured claim at 5.00% per annum, amortized over 30 years, commencing April 1, 2019, and will pay the remaining balance of the secured claim in full, directly to Caliber, in three years, by sale or refinance. The $1,690.99/month payment in Section 3.1 of the Plan is the monthly principal and interest payment, and will commence on the first day of the month following confirmation of this plan (plus any monthly payments already paid by the Debtor prior to confirmation). Upon application of the 10 Principal and Interest payments from Trustee according to Section 3.2 of the plan, the post-petition principal and interest due and owing will be for April 2019. The post-petition principal and interest due from April 2019 through January 2020 will be paid at the time of sale or refinance of the property.

3. Caliber's claim will include any funds that it advances for taxes and insurance from the filing of this case through the sale of its collateral (less any payments made into an escrow account by the Debtor). The amounts advanced by Caliber for taxes and insurance paid post-petition will be added to the $315,000 secured claim amount and will be paid due and payable within 3 years of the filing of this case, and paid from closing of the sale or refinance. The Debtor will be entitled to a credit against the post-petition escrow

1

18-014775_CJP

balance, at closing, for all post-confirmation payments made into the escrow account post-petition. The balance of Caliber's proof of claim amount shall be treated as a general unsecured claim. The claim of the junior lienholder, PNC Bank, will be treated as fully unsecured in Section 5.1 of the Plan.

4. As additional adequate protection, the Debtor shall make monthly deposits to an escrow account administered by Caliber Home Loans, or its designee or successor, in an amount equal to one-twelfth the total amount of real estate taxes and insurance on the subject property. The current monthly amount is estimated at $1,354.87/month, escrow payments will commence on the first of the month following confirmation of this plan, and monthly payments will be adjusted according to the regular practice of Caliber or the lender for whom it services the mortgage. If the Debtor provides evidence of a reduction in real estate taxes within three months after confirmation, Caliber will analyze the escrow account and adjust the monthly payment according to the new escrow requirement. Caliber or the lender for whom it services the mortgage.

5. The Debtor shall sell the real estate at 6581 Timbertails Rd., Lisle, IL, for an amount not less than $315,000, or obtain financing in at least that amount, secured by the Lisle property, within three years after the filing of this case. If the Debtor elects to sell the property, then the total balance of Caliber's secured claim will be computed in the following manner:

      Principal amount, $315,000
  + Interest rate at 5% from the bankruptcy filing date
  − Principal and Interest pre and post confirmation payments made by the Trustee and Debtor
  + Any post-confirmation advances paid by Caliber on behalf of the Debtor
  − Post confirmation escrow payments made by the Debtor, current escrow monthly payments due at $1,354.87 per month.

 Such payment shall be in full satisfaction of Caliber's secured claim, and the Debtor shall be entitled to a release of Caliber's mortgage upon tender of such payment.

6. The $16,909.90 to be paid by the trustee to Caliber in Section 3.2 represents 10 payments at $1,690.99/month, from June 2018 through March 2019, and will be paid in one lump sum upon confirmation of the plan. Such payment shall be applied toward principal and interest according to a 30-year amortization at 5% per annum on Caliber's $315,000 claim, amortization to commence at the date of the filing of this case.

7. In the event the real estate at 6581 Timertrails Rd., Lisle, IL, is not sold or refinanced within 3 years after the filing of this case, or if the matter is dismissed or converted to another Chapter, then the original terms of the loan shall take into effect and the terms stated in the plan and this Order shall no longer be in effect.

8. Approval of any sale or refinance of the subject property, including the determination of the validity and amount of any lien or closing expense, and the distribution of any proceeds of sale after payment of liens and costs of sale, shall be subject to further order of this Court.

DATED: 1/24/2020

ENTERED:

Janet S. Baer, Judge
United States Bankruptcy Court

Submitted by:

/s/ Umair Malik

Umair M. Malik (6304888)
Adam B. Hall (0088234)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

/s/ David P. Lloyd

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
Telephone: 708-937-1264
Fax: 708-937-1265
Email:  courtdocs@davidlloydlaw.com
Attorney for Debtor

3